| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>1437 Bannock Street<br>Denver, Colorado 80202 | EFILED Document<br>CO Denver County District Court 2nd JD<br>Filing Date: May 21 2012 3:14PM MDT<br>Filing ID: 44383188<br>Review Clerk: Nik Zender |
| LYNETTE HOLLAND<br><br>Plaintiff,<br><br>v.<br><br>CELTIC TAVERN AT RIVERSIDE DOWNS, LLC<br><br>Defendant. | Case No. 12CV1649<br><br><br><br>COURTROOM 280 |
| **ORDER** | |

It appears Plaintiff has failed to comply with the Delay Reduction Order in this case and/or C.R.C.P 16 in the following respects:

_X_ Service of process. Returns due 60 days after filing of complaint.

___ Application for default. Due 30 days after default.

___ Trial setting. Due 30 days after case at issue.

Plaintiff shall have 35 days from the date of this Order to correct these failures, otherwise parts or all of this case may be dismissed without prejudice for failure to prosecute.

DONE THIS 21st DAY OF MAY, 2012.

BY THE COURT:

J. Eric Elliff
District Court Judge

cc: EFILED



EXHIBIT A-6