

GRANTED    Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

Dated: Aug 10 2012 05:57PM

J. Eric Elliff
District Court Judge

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Aug 10 2012 03:38PM MDT
Filing ID: 45948791
Review Clerk: Kyle T Gustafson

| DISTRICT COURT, CITY & COUNTY OF DENVER<br>STATE OF COLORADO<br>1437 Bannock Street<br>Denver, Colorado 80202 | ▲ COURT USE ONLY ▲ |
|---|---|
| **Lynette Holland,**<br>Plaintiff<br><br>v.<br><br>**The Celtic Tavern at Riverside Downs, LLC,**<br>Defendant | Case No. 2011cv4292<br><br>Courtroom: 280 |
| ORDER | |

**THIS MATTER** comes before the Court on Plaintiff's Renewed Motion for Extension of Time to File Application for Default Judgment. The Court, having reviewed the Motion and being otherwise fully advised in the premises:

**HEREBY ORDERS** that the Motion is **GRANTED**. Plaintiff shall have up to and including August 27, 2012 to file her Application for Default Judgment.

DATED this _____ day of August 2012.

BY THE COURT:

_____

EXHIBIT
A-13

**This document constitutes a ruling of the court and should be treated as such.**

|  |  |
|---:|:---|
| **Court:** | CO Denver County District Court 2nd JD |
| **Judge:** | Eric Elliff |
| **File & Serve Transaction ID:** | 45781318 |
| **Current Date:** | Aug 10, 2012 |
| **Case Number:** | 2012CV1649 |
| **Case Name:** | HOLLAND, LYNETTE vs. CELTIC TAVERN AT RIVERSIDE DOWNS LLC |
| **Court Authorizer:** | Elliff, Eric |

/s/ **Judge Elliff, Eric**