IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02715-RPM

LYNETTE HOLLAND,

    Plaintiff,

v.

THE CELTIC TAVERN, LLC, and
WENDY HICKEY,

    Defendants.
_____

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS**
_____

Upon consideration of the Defendants' motion to dismiss the second amended complaint [11], the plaintiff's response and the defendants' reply, it is

ORDERED that the motion is denied.

Done this 21st day of December, 2012.

BY THE COURT:

s/Richard P. Matsch
_____
Senior District Judge Richard P. Matsch