IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02715-RPM

LYNETTE HOLLAND,

      Plaintiff,

v.

THE CELTIC TAVERN, LLC, and
WENDY HICKEY,

      Defendants.

_____

ORDER FOR DISMISSAL
_____


      Pursuant to the Notice of Settlement and Stipulation for Dismissal [25] filed February 6, 2013, it is

      ORDERED that this action is dismissed with prejudice, each party to pay their own fees and costs.

      Dated: February 7th, 2013

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____

                                  Richard P. Matsch, Senior District Judge